# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                     Plaintiff,

v.                                                        Case No. 25-CR-106-2-JPS

DION J. DAVIS,

                                                         **ORDER**

                     Defendant.

On May 28, 2025, the Grand Jury returned a six-count indictment, charging Defendant Dion J. Davis ("Defendant") with violating 18 U.S.C. § 1344(1), 1344(2), and 2(a) as well as 18 U.S.C. § 1028A and 2(a). ECF No. 1. On October 1, 2025, the parties filed an amended plea agreement, indicating that Defendant agreed to plead guilty to the lesser form of identity theft found in the information, namely 18 U.S.C. § 1028(a)(7).[1] ECF Nos. 26, 28. That same day, the parties agreed to waive prosecution by indictment. ECF No. 30.

On October 1, 2025, the parties appeared before Magistrate Judge Stephen C. Dries to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. ECF No. 31. Defendant entered a plea of guilty as to 18 U.S.C. 1028(a)(7). *Id.* After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Judge Dries determined that the guilty plea was knowing and voluntary and that

---

[1]In the original plea agreement, ECF No. 27, there was an incorrect reference to relevant code section; indeed, 18 U.S.C. § 1028(7) does not exist.

the offense charged was supported by an independent factual basis containing each of the essential elements of the offense. *Id*.; ECF No. 29.

On October 1, 2025, Magistrate Judge Dries filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be adjudicated guilty and have a sentence imposed accordingly. ECF No. 31. Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. *Id.* To date, no party has filed such an objection. The Court has considered Magistrate Judge Dries's recommendation and will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Stephen C. Dries's Report and Recommendation, ECF No. 31, be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 17th day of October, 2025.

BY THE COURT:

_____

J. P. Stadtmueller
U.S. District Judge